UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Shannon Vontreal Scott**                                        **Docket No. 4:05-CR-78-1FL**

**Petition for Action on Supervised Release**

COMES NOW David W. Leake, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Shannon Vontreal Scott, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute More Than 50 Grams of Cocaine Base (Crack) and a Quantity of Cocaine, and Use, Carry, and Possess a Firearm During and in Relation to a Drug Trafficking Crime, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge on June 19, 2006, to the custody of the Bureau of Prisons for a term of 157 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Shannon Vontreal Scott was released from custody on April 17, 2014, at which time the term of supervised release commenced.

A Violation Report was submitted on February 12, 2015, advising the court that the defendant submitted to urine tests on November 18, 2014, December 2, 2014, and January 20, 2015, which tested positive for oxymorphone. He admitted that he was using the medication without a prescription due to dental issues. On February 13, 2015, the court agreed to take no action as the defendant was reprimanded for that conduct.

A Violation Report was submitted on March 20, 2015, advising the court that the defendant had been unable to make consistent payments toward his financial obligation due to his status as a student. On February 13, 2015, the court agreed to suspend his monthly payments until there was a change in his ability to pay. However, as the defendant has now secured employment, the suspension of monthly payments can be withdrawn.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant submitted to a urine test on September 30, 2015, which was confirmed positive for marijuana by Alere Laboratories. The defendant acknowledged the validity of the urine test by signing an Admission of Drug Use on October 9, 2015.

The defendant signed a Waiver agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

2. The defendant shall resume monthly payments of $50 effective October 2015.

Shannon Vontreal Scott
Docket No. 4:05-CR-78-1FL
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,  I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ David W. Leake
David W. Leake
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5109
Executed On: October 14, 2015

### ORDER OF THE COURT

Considered and ordered this __15th__ day of __October__, 2015 and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge